UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 21-00854-DOC-DFM            Date: December 15, 2021

Title: RUBEN PAUL GONZALES V. NAVARROS TAQUERIA ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [27]**

    Before the Court is Plaintiff Ruben Gonzales's ("Plaintiff") Motion for Default Judgment ("Motion") (Dkt. 27). Default was entered against Defendants Rigoberto Navarro and Benjamin Penaloza on September 1, 2021 (Dkt. 18). However, default was not entered against Defendant Navarros Taqueria because the name of the person served did not exactly match the person named in the complaint. *See* Notice of Deficiency (Dkt. 17). Plaintiff must file a new application for default with the specified deficiencies corrected. Once default is entered, Plaintiff may renew his Motion for Default Judgment. As of now, the Motion is DENIED and the hearing scheduled for January 28, 2022 is VACATED.

    The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN